Opinion issued June 23, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00419-CR

———————————

in re Van Watson, Jr., Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          Relator,
Van Watson, Jr., has filed a pro se petition for writ of mandamus, requesting
that we compel the trial court to issue a bench warrant for relator’s presence
at a hearing announcing the results of post-conviction DNA testing in the
underlying case.[1]  Relator also requests that we issue a writ
directing his attorney to inform relator of the results of the DNA testing.

          We
deny relator’s petition for writ of mandamus. 

PER CURIAM

Panel
consists of Justices Keyes, Higley, and Brown.

Do
not publish.   Tex. R. App. P. 47.2(b).











[1]
          Relator
has identified the underlying case as State
v. Watson, No. 699312, in the 180th District Court of Harris County, Texas,
the Honorable Marc Brown presiding.